# Third District Court of Appeal
## State of Florida

Opinion filed May 6, 2026.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D25-2043
Lower Tribunal No. F97-12328
_____

**Emmett T. Cox,**
Appellant,

vs.

**State of Florida,**
Appellee.

An Appeal under Florida Rule of Appellate Procedure 9.141(b)(2) from the Circuit Court for Miami-Dade County, Cristina Miranda, Judge.

Emmett T. Cox, in proper person.

James Uthmeier, Attorney General, and David Llanes, Senior Assistant Attorney General, for appellee.

Before LOGUE, LINDSEY, and GOODEN, JJ.

PER CURIAM.

Affirmed. See Wainwright v. State, 411 So. 3d 392 (Fla. 2025).